No. 768, Misc. RICE *v.* CLEMMER, DIRECTOR, DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for respondents.

No. 769, Misc. MORGAN *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 771, Misc. BURKE *v.* DISTRICT COURT. Petition for writ of certiorari to the Supreme Court of Iowa denied.

No. 777, Misc. APFELBAUM *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 784, Misc. FRENCH *v.* MASSACHUSETTS. Supreme Judicial Court of Massachusetts. Certiorari denied.

No. 786, Misc. CATHCART *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for the United States.

No. 789, Misc. KENNEDY *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 794, Misc. HAMM *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied.

No. 795, Misc. LUCIANO *v.* WILKINSON, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for respondent.

No. 796, Misc. O'CONNOR *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.